UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>            Plaintiff,<br><br>     v.<br><br>SHOP Q, INC.,<br><br>            Defendant. | Case No. 1:22-cv-01176-EPG<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(b) FOR FAILURE TO PROSECUTE<br><br>**RESPONSE DUE IN THIRTY DAYS** |

Plaintiff Fernando Gastelum proceeds *pro se* in this civil action. (ECF No. 1). For the reasons given below, the Court orders Plaintiff to show cause why this action should not be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Plaintiff filed the complaint initiating this action on September 14, 2022. (ECF No. 1). On November 2, 2022, Plaintiff filed proof of service of summons to Defendant Shop Q, Inc., which stated that Defendant was served with process on October 21, 2022. (ECF No. 5). On January 11, 2023, the Court converted the scheduling conference to a status conference because Defendant had not filed a responsive pleading to Plaintiff's complaint. (ECF No. 6). The status conference was held on January 23, 2023. (ECF No. 7). After the status conference, the Court ordered that

1

Plaintiff "file a notice of default and request for entry of default by February 24, 2023." (ECF No. 8). However, to date, Plaintiff has not filed a notice of default and request for entry of default nor a request for an extension of time to do so.

Accordingly, Plaintiff is ORDERED to show cause why this action should not be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Within **thirty (30) days**, Plaintiff shall file a written response to this order to show cause explaining why this action should not be dismissed for failure to prosecute. Plaintiff is cautioned that failure to respond to this order to show cause may result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **March 15, 2023**           /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE